**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

WILLIAM V. SOWELL,                                )   NO. CV 06-07739 GHK (SS)
                                                  )
                    Plaintiff,                    )
                                                  )   **ORDER ADOPTING FINDINGS,**
            v.                                    )
                                                  )   **CONCLUSIONS AND RECOMMENDATIONS**
DONALD C. WINTER, et al.,                         )
                                                  )   **OF UNITED STATES MAGISTRATE JUDGE**
                                                  )
                    Defendants.                   )
_____)

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records and files herein, and the Magistrate Judge's Report and Recommendation.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

\\

1      Accordingly, IT IS ORDERED THAT:

2

3      1.   Judgment  shall  be  entered  dismissing  this  action  with

4           prejudice.

5

6      2.   The Clerk shall serve copies of this Order and the Judgment

7           herein by United States mail on Plaintiff and on counsel for

8           Defendants.

9

10  DATED:    1/18/10

11

12                              _____

13                              GEORGE H. KING
                                UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2