JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM V. SOWELL, <br><br> Plaintiff, <br><br> v. <br><br> DONALD C. WINTER, et al., <br><br> Defendants. | NO. CV 06-07739 GHK (SS) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 1/18/10

GEORGE H. KING
UNITED STATES DISTRICT JUDGE